AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MARY REHDER

        Plaintiff
  v.

Civil Action No. 1:22-cv-419

KMM CORPORATION
HAMID REZA MOJTAHEDI
KIMBERLY M MOJTAHEDI

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $ _____, which includes prejudgment interest at the rate of _____ % plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other: The case is DISMISSED WITH PREJUDICE under Federal Rule of Civil Procedure 16(f) and for failure to prosecute under Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Chief Judge Holly A. Brady on a Report and Recommendation by Magistrate Judge.

DATE: 4/17/2024          CHANDA J. BERTA, CLERK OF COURT

by  s/ M. Murray_____
*Signature of Clerk or Deputy Clerk*